UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_____
:
RICK GOMEZ,                               :          Civil Action No.
                                          :          3:11-cv-01934 (JBA)
         Plaintiff,              :
v.                                        :
                                          :
THE METROPOLITAN DISTRICT,                :
                                          :
         Defendant.              :
_____:          December 28, 2012

## JOINT STATUS REPORT

In accordance with the Case Management Order dated May 21, 2012, the parties to this action, plaintiff Rick Gomez and defendant The Metropolitan District jointly report as follows:

(a).    Discovery is proceeding in this case. A consent motion was filed on November 30, 2012, seeking to extend the deadline to complete discovery by sixty (60) days, until April 16, 2013 (and seeking an equivalent extension for the filing of any dispositive motions). The parties have each served and responded to written discovery requests. The plaintiff will be producing (electronically) all responsive documents to the defendant on or before January 4, 2013. The defendant began producing responsive documents on August 24, 2012, and after reaching an agreement on most objections, will be producing (electronically) additional responsive documents to the plaintiff during the week of January 7, 2013. The parties anticipate noticing depositions for February and March 2013. Neither party has disclosed any expert witnesses.

The only motion that is pending at this time is the Consent Motion For Extension of Time filed by the plaintiff on November 30, 2012.

The parties have not yet determined whether there will be any motion(s) for summary judgment, but do not presently anticipate any other motions or circumstances which would interfere with compliance with the existing scheduling order.

  (b). The parties do not request a referral for settlement purposes at this time.

  (c). The parties do not consent to a trial before a magistrate judge.

  (d). The parties presently estimate that they will need 5-7 days for trial.

| THE PLAINTIFF, | THE DEFENDANT, |
|---|---|
| By: /s/ Nicole M. Rothgeb<br>Nicole M. Rothgeb ct26529<br>Gregg D. Adler ct05698<br>Livingston, Adler, Pulda, Meiklejohn<br>  & Kelly, P.C.<br>557 Prospect Avenue<br>Hartford, CT 06105-2922<br>(860) 233-9821<br>nmrothgeb@lapm.org<br>gdadler@lapm.org | By: /s/ Elizabeth R. McKenna<br>Kevin C. Shea ct13781<br>Elizabeth R. McKenna ct28113<br>Clendenen & Shea, LLC<br>400 Orange Street<br>New Haven, CT 06511<br>(203) 787-1183<br>kcs@clenlaw.com<br>erm@clenlaw.com |

## CERTIFICATE OF SERVICE

     I hereby certify that on the 28th day of December, 2012 a copy of the foregoing Joint Status Report of was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

    /s/ Nicole M. Rothgeb
Nicole M. Rothgeb ct26529
Gregg D. Adler ct05698
Livingston, Adler, Pulda, Meiklejohn
  & Kelly, P.C.
557 Prospect Avenue
Hartford, CT 06105-2922
(860) 233-9821