UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_____

RICK GOMEZ,                                        :        Civil Action No.
                                                   :        3:11-cv-01934 (JBA)
          Plaintiff,                              :
   v.                                              :
                                                   :
THE METROPOLITAN DISTRICT,                         :
                                                   :
          Defendant.                              :
_____:                             April 9, 2013

### JOINT STATUS REPORT

In accordance with the Scheduling Order issued on February 26, 2013, the parties to this action, plaintiff Rick Gomez and defendant The Metropolitan District jointly report as follows:

(a)     Discovery is proceeding in this case and is scheduled to close on April 29, 2013.  The parties have each served and responded to a first set of written discovery requests and have produced responsive documents to the other party in response to same, though the defendant anticipates providing additional supplemental responsive documents this week.  The plaintiff has scheduled the last two (2) depositions that he anticipates taking for April 12 and 19, 2013.  The defendant also needs to conclude the plaintiff's deposition, which proceeded on February 21, 2013, and was suspended by agreement to allow the plaintiff additional time to review certain documents and other materials he produced before being questioned on them.  The defendant will likely depose one additional fact witness before the close of discovery and is working with the plaintiff to schedule the same.

The plaintiff served a second set of limited requests for production on March 4, 2013, and the defendant provided notice of its objections to same on April 3, 2013. The parties are currently communicating about these objections in an effort to avoid involving the Court in any ongoing discovery disputes, but if they are unable to do so, then it is possible that the plaintiff will be filing a motion to compel.

The defendant produced its privilege log on March 20, 2013, and intends to supplement the log this week. The parties have agreed that any challenges to defendant's claims of privilege will be presented to the Court within fourteen (14) days after the plaintiff completes the last two (2) depositions of defendant's witnesses if the parties are not able to resolve any such disputes.

No motions are pending before the Court at this time.

The parties have not yet determined whether there will be any motion(s) for summary judgment, but do not presently anticipate any other motions or circumstances, other than the possibility that the plaintiff may move to compel production of documents related to the second set of production requests and/or may move for *in camera* review of documents which the defendant claims are privileged, which would interfere with compliance with the existing scheduling order.

(b) The parties do not request a referral for settlement purposes at this time.

(c) The parties do not consent to a trial before a magistrate judge.

(d) The parties presently estimate that they will need 5-7 days for trial.

| THE PLAINTIFF, | THE DEFENDANT, |
|---|---|
| By: /s/ Nicole M. Rothgeb<br>Nicole M. Rothgeb ct26529<br>Gregg D. Adler ct05698<br>Livingston, Adler, Pulda, Meiklejohn<br>  & Kelly, P.C.<br>557 Prospect Avenue<br>Hartford, CT 06105-2922<br>(860) 233-9821<br>nmrothgeb@lapm.org<br>gdadler@lapm.org | By: /s/ Elizabeth R. McKenna<br>Kevin C. Shea ct13781<br>Elizabeth R. McKenna ct28113<br>Clendenen & Shea, LLC<br>400 Orange Street<br>New Haven, CT 06511<br>(203) 787-1183<br>kcs@clenlaw.com<br>erm@clenlaw.com |

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of April, 2013 a copy of the foregoing Joint Status Report of was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

 /s/ Nicole M. Rothgeb
Nicole M. Rothgeb ct26529
Gregg D. Adler ct05698
Livingston, Adler, Pulda, Meiklejohn
  & Kelly, P.C.
557 Prospect Avenue
Hartford, CT 06105-2922
(860) 233-9821